Ryan Costello, IL SBN 6317378
Assistant Federal Public Defender
Email: Ryan_Costello@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00281-JR-1 |
| Plaintiff, | |
| v. | DECLARATION IN SUPPORT OF FIRST UNOPPOSED MOTION TO CONTINUE TRIAL |
| NADYA MALINOWSKA, | |
| Defendant. | |

I, Ryan Costello, declare:

1. I was recently appointed as the attorney to represent Nadya Malinowska in the above-entitled case, substituting for Assistant Federal Public Defender Conor Huseby on August 1, 2025.

2. A jury trial in this case is currently scheduled for September 2, 2025. Ms. Malinowska was arraigned on June 30, 2025. This is Ms. Malinowska's first request for a continuance of the trial date.

3. Ms. Malinowska has received discovery and the defense is conducting investigation in her case, including obtaining information relating to circumstances of the offense

and Ms. Malinowska's background. This information relates to pretrial litigation, trial, and sentencing. Additional time is needed to continue conducting investigation, analyze discovery, meet and consult with Ms. Malinowska, and otherwise adequately prepare for trial. Ms. Malinowska therefore respectfully requests that this Court continue her case for a period of approximately 91 days or more.

4. I have discussed with Ms. Malinowska her right to a speedy trial. She agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

5. Assistant United States Attorney Greg Nyhus has no objection to this motion.

6. I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on August 5, 2025, in Portland, Oregon.

*s/ Ryan Costello*
Ryan Costello, IL SBN 6317378